# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

KENNETH L. FOWLER,

    Plaintiff,

vs.                                CASE NO. 5:09cv206/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 16) and Plaintiff's Objections (Doc. 17). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Commissioner's Motion To Dismiss (Doc. 5), which has been considered as a motion for summary judgment, is **granted**, and this case is dismissed.

3. Within seven days of the date of this Order, Plaintiff's counsel shall file certification to this court that she has provided Plaintiff copies of the Report and Recommendation (Doc. 16) and this Order.

4. The clerk is directed to enter judgment for Defendant and close the file.

**ORDERED** on October 14, 2010.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**